NUMBERS


13-03-487-CV

 13-03-595-CV 


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


SUPERHEAT AIR BALANCING CO., INC. AND 

AMERICAN STANDARD, INC., INDIVIDUALLY 

AND D/B/A TRANE AND/OR TRANE COMMERCIAL

SYSTEMS GROUP, Appellants,


v.



BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Appellee.

____________________________________________________________________


On appeal from the 197th District Court


of Cameron County, Texas.


____________________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam



 Appellants, SUPERHEAT AIR BALANCING CO., INC. AND AMERICAN
STANDARD, INC., INDIVIDUALLY AND D/B/A TRANE AND/OR TRANE COMMERCIAL
SYSTEMS GROUP, perfected an appeal from a judgment entered by the 197th District
Court of Cameron County, Texas, in cause number 2003-08-4013-C. After the notice
of appeal was filed, appellant, American Standard, Inc., individually and d/b/a Trane
and/or Trane Commercial Systems Group, filed a motion to dismiss its appeal. 

 Having considered appellant's motion to dismiss the appeal and the documents
on file, this Court is of the opinion that the motion should be granted. The motion to
dismiss the appeal of appellant, American Standard, Inc., individually and d/b/a Trane
and/or Trane Commercial Systems Group, is hereby granted. The appeal of appellant,
American Standard, Inc., individually and d/b/a Trane and/or Trane Commercial
Systems Group, is ordered DISMISSED. The appeal as to appellant, American
Standard, Inc., Individually and d/b/a Trane and/or Trane Commercial Systems Group,
and Appellee, Brownsville Independent School District, is severed from the original
appeal and is docketed under cause number 13-03-595-CV.

 The remaining issues in the appeal will remain docketed under cause number 
13-03-487-CV.

 PER CURIAM


Opinion delivered and filed this

the 9th day of October, 2003.